June 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

### IN THE INTEREST OF D.R.A. AND A.F., CHILDREN

_____

This cause, an appeal from the judgment in favor of appellee, Department of Family & Protective Services, signed January 12, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order order this decision certified below for observance.

We further issue mandate immediately.